UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS P. BRANTLEY

    VS                                                           CASE NO.  4:07cv489-RH/WCS

CONTECH STORMWATER
SOLUTIONS, INC.,

**JUDGMENT**

"The parties are ordered to abide by their settlement agreement. The court reserves jurisdiction to enforce the order to abide by the settlement agreement. All claims in this action are voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41."

                                                         WILLIAM M. McCOOL, CLERK OF COURT

 August 26, 2008                     s/ *David L. Thomas*
DATE                                   Deputy Clerk: David Thomas